834 A.2d 399

IN THE MATTER OF MARCIA LYNNE CZAPELSKI, AN
ATTORNEY AT LAW (ATTORNEY NO. 020001992).

November 13, 2003.

## ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–3(g) and *Rule* 1:20–11 recommending that **MARCIA LYNNE CZAPELSKI** of **LINDEN**, who was admitted to the bar of this State in 1992, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **MARCIA LYNNE CZAPELSKI** is temporarily suspended from the practice of law, effective immediately, and until the further Order of this Court;  and it is further

ORDERED that **MARCIA LYNNE CZAPELSKI** be restrained and enjoined from practicing law during the period of suspension and that she comply with *Rule* 1:20–20 dealing with suspended attorneys;  and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **MARCIA LYNNE CZAPELSKI** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court.